Effie F. Anastassiou, Esq. (SBN 96279)
Stephen J. Beals, Esq. (SBN 226365)
ANASTASSIOU& ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Plaintiff
MANNY LAWRENCE SALES CO., INC.

JS-6

**U. S. DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MANNY LAWRENCE SALES CO., INC., a California corporation

Plaintiff,

v.

THE ALPHAS COMPANY, INC. A Massachusetts corporation, and JOHN S. ALPHAS aka YANNI ALPHAS, an individual

Defendants.

**CASE NO. 13-02385 RSWL (AGRx)**

**ORDER FOR ENTRY OF JUDGMENT**

NOW THEREFORE, in accordance with the Stipulation for Entry of Judgment of the Plaintiff and Defendant filed concurrently herewith (the "Stipulation"), this Court orders as follows:

IT IS HEREBY ORDERED that this Stipulated Judgment is hereby entered in this Action in favor of Plaintiff and against Defendants, jointly and severally, in the sum of $188,000.00, subject to reduction to the amount of $67,000.00, in the event that the Defendants make all Settlement Payments due on the Settlement Sum on or before the due dates set forth in the Stipulation.

IT IS FURTHER ORDERED that pursuant to the provisions of 11 USC § 523 (a)(4) this

Stipulated Judgment is non-dischargeable in any future bankruptcy case(s) which may be filed by any of the Defendants.

IT IS FURTHER ORDERED that each party shall pay their own attorneys' fees and costs incurred in connection with this action up to the date of entry of this Stipulated Judgment. However, in the event that Plaintiff is required to take any action to enforce the collection of the amounts due pursuant to this Stipulated Judgment, then Plaintiff shall be entitled to recover all of its costs and reasonable attorneys' fees incurred in enforcing this Stipulated Judgment and in collecting all of the amounts owed by the Defendants to the Plaintiff.

IT IS FURTHER ORDERED that after entry by this Court of this Stipulated Judgment it may be recorded with any and all government authorities as a judgment lien in the event of Defendants' default of their obligations (and failure to cure such default) under this Stipulated Judgment. However, Plaintiff will take no actions to record or enforce this Stipulated Judgment unless and until the Defendants default on making any payments due pursuant to the terms of this Stipulated Judgment, and fail to cure their default, as set forth in the Stipulation.

IT IS FURTHER ORDERED that interest will not accrue on this Stipulated Judgment unless and until there is a default on making any Settlement Payments due pursuant to the terms of this Stipulated Judgment, and a failure to cure such default, as set forth in the Stipulation. Upon occurrence of any such default, interest will begin accruing on the amount then owed by Defendants to Plaintiff pursuant to this Stipulated Judgment, which shall be $188,000.00, less any Settlement Payments previously made by the Defendants to Plaintiff, at the rate of ten percent (10%) per annum from the date of default, until the date that the total remaining amount due pursuant to this Stipulated Judgment has been paid in full.

IT IS FURTHER ORDERED that upon payment in full hereunder, the Plaintiff shall act promptly to file a notice of satisfaction of this Stipulated Judgment and/or to release any liens filed

pursuant to this Stipulated Judgment, as necessary.

IT IS FURTHER ORDERED that the Parties shall comply with all terms and conditions set forth in their Settlement Agreement as though incorporated herein by reference.

The Clerk shall close this action.

IT IS SO ORDERED.

Dated:___3/6/2014_______________ By: RONALD S.W. LEW
Hon. Ronald S.W. Lew
Senior U.S. District Judge